MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Tel: (702) 792-3773
Fax: (702) 792-9002
Email: ferrariom@gtlaw.com
hicksja@gtlaw.com

*Attorneys for Defendant John R. McKibben*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY WAGNER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN R. MCKIBBEN, individually and as a corporate member of GRAPE TOO, LLC; GRAPE TOO, LLC, a limited liability company, d/b/a GRAPE STREET CAFÉ & WINE BAR; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00844-JCM-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION**<br><br>**(SECOND REQUEST)** |

Plaintiff ASHLEY WAGNER and Defendants JOHN R. MCKIBBEN and GRAPE TOO, LLC, d/b/a GRAPE STREET CAFÉ & WINE BAR, by and through their respective counsel of record, hereby submit this Stipulation and Proposed Order to Continue the Early Neutral Evaluation (Second Request) and respectfully request that the Court continue the ENE currently scheduled for September 18, 2019 at 9:00 a.m. to November 21, 2019 at 9:00 a.m., if the Court's schedule can accommodate this date.

Counsel for the parties to this stipulation have conferred with their clients and hereby confirm that their clients or appropriate representatives are available on November 21, 2019.

ACTIVE 45765905v1

Page 1 of 2

If the Court is unable to accommodate these proposed dates, the parties request that the Court schedule a telephonic scheduling hearing to set the ENE on a date that works for the Court and all parties and their counsel.

IT IS SO STIPULATED.

Dated: this 12th day of September 2019

/s/ Jeffrey I.l Pitegoff
JEFFREY I. PITEGOFF (Bar No. 5458)
**PITEGOFF LAW OFFICE INC**.
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104

MATTHEW Q. CALLISTER (Bar No. 1396)
MITCHELL S. BISSON (Bar No. 11920)
**CALLISTER LAW GROUP**
330 E. Charleston Boulevard, Suite 100
Las Vegas, NV 89104
*Attorneys for Plaintiff*

Dated: this 12th day of September 2019

/s/ Jason K. Hicks
MARK E. FERRARIO (Bar No. 1625)
JASON K. HICKS (Bar No. 13149)
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
*Attorneys for Defendant John R. McKibben*

Dated: this 12th day of September 2019

/s/ Nicholas D. Crosby
NICHOLAS D. CROSBY (Bar No. 8996)
**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant Grape Too, LLC, a Limited Liability Company, d/b/a Grape Street Café & Wine Bar*

## **ORDER**

IT IS HEREBY ORDERED that the Stipulation to Continue Early Neutral Evaluation (Second Request) is GRANTED.

IT IS FURTHER ORDERED that the Early Neutral Evaluation is VACATED and RESET for November 21, 2019 at __9:30__ a.m. Plaintiff and her counsel shall report to the settlement judge's chambers at __9:30__ a.m., and Defendants and their counsel shall report at __10:00__ a.m.

DATED: this __13th__ day of September 2019.

UNITED STATES MAGISTRATE JUDGE

ACTIVE 45765905v1